If a petitioner for a road, acts as a reviewer, it is fatal to the proceedings.

## In the Case of a Road in Radnor and Newtown.

THIS was a *certiorari* to *Delaware* county, to bring up the proceedings relative to a road laid out in the townships of *Newtown* and *Radnor*.

A variety of exceptions were taken and argued, by *Frazer* in support of the *certiorari*, and B. *Tilghman* for the road; a material one was, that *Maskell Ewing*, who was one of the petitioners for the road, was appointed and acted as a reviewer.

PER CURIAM. Many objections have been made to the proceedings in this case, but we shall confine our opinion to one, namely, that Mr. *Ewing*, one of the petitioners, was appointed a reviewer, and signed the report which was confirmed by the Court. We make no doubt but this appointment was merely accidental. The Court did not happen to have the names of the petitioners before them, when they appointed the reviewers. But it was an irregularity which

cannot be overlooked. We are of opinion that this objection is fatal, and therefore the proceedings must be quashed.